# CONSENT TO JOIN COLLECTIVE ACTION TO RECOVER UNPAID WAGES

BY SIGNING BELOW I, _Ivica Abramovic_, WISH TO PARTICIPATE IN THIS LAWSUIT TO RECOVER ANY UNPAID WAGES THAT MAY BE OWED TO ME UNDER THE FAIR LABOR STANDARDS ACT AGAINST _DA Silvano_ AND ANY AFFILIATED ENTITIES AND OWNERS OF THIS COMPANY.

I hereby appoint Jeffrey Brown of the law firm Leeds Brown Law, P.C., One Old Country Road, Suite 347, Carle Place, NY, 11514-1851, telephone (800)585-4658 or (516)873-9550 and Lloyd Ambinder of the law firm Virginia & Ambinder, LLP, located at 111 Broadway - Suite 1403, New York, NY 10006, telephone (212)943-9080, as my attorneys.

Name (print): _Ivica Abramovic_

Address: [redacted]

City: [redacted]

Signature: _[signed]_    Date: 12/18/13