# CONSENT TO JOIN COLLECTIVE ACTION TO RECOVER UNPAID WAGES

BY SIGNING BELOW I, __Marcello Picirillo__, WISH TO PARTICIPATE IN THIS LAWSUIT TO RECOVER ANY UNPAID WAGES THAT MAY BE OWED TO ME UNDER THE FAIR LABOR STANDARDS ACT AGAINST __DA SILVANO__ AND ANY AFFILIATED ENTITIES AND OWNERS OF THIS COMPANY.

I hereby appoint Jeffrey Brown of the law firm Leeds Brown Law, P.C., One Old Country Road, Suite 347, Carle Place, NY , 11514-1851, telephone (800)585-4658 or (516)873-9550 and Lloyd Ambinder of the law firm Virginia & Ambinder, LLP, located at 111 Broadway - Suite 1403, New York, NY 10006, telephone (212)943-9080, as my attorneys.

Name (print) : __Marcello Picirillo__

Address : ███

City : ███

Signature : __Picirillo Marcello__    Date: __8/12/2013__