UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVICA ABRAMOVIC; individually and on behalf of all other persons similarly situated,

          Plaintiffs,

- against -

DA SILVANO CORP., SILVANO MARCHETTO, and any other related entities,

          Defendants.

Index No.: 1:14-cv-00676 (KPF)

NOTICE OF APPEARANCE

S I R S:

    PLEASE TAKE NOTICE, LEEDS BROWN LAW, P.C. and the undersigned hereby appears as attorney for Plaintiffs and the putative class in the above entitled captioned action, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

DATED: Carle Place, NY
          February 18, 2014

          Yours truly:

          LEEDS BROWN LAW, P.C.
          *Attorney for the Plaintiffs*
          One Old County Road, Suite 347
          Carle Place, NY  11514

          _____/s/_____
          DANIEL MARKOWITZ