UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 19, 2014
```

IVICA ABRAMOVIC; individually and on behalf of all other persons similarly situated,

                     Plaintiff,

-against-

DA SILVANO CORP., SILVANO MARCHETTO, and any other related entities,

                     Defendants.

Civil Action No. 14 CV 676

Failla, J.

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended to April 18, 2014.

VIRGINIA & AMBINDER
*ATTORNEYS FOR PLAINTIFF*
111 Broadway, 14th Floor
New York, New York 10006
(212) 943-9080

LEEDS BROWN LAW, P.C.
*ATTORNEYS FOR PLAINTIFF*
1 Old Country Road
Carle Place, New York 11514
(516) 873-9550

By: _____
    Michael Tompkins, Esq.

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-4605

By: _____
    Paul J. Siegel, Esq.
    Noel P. Tripp, Esq.

Dated: March 19, 2014

Dated: March 19, 2014

SO ORDERED on this __19th__ day of __March__, 2014

_____
United States District Judge
Hon. Katherine Polk Failla

4844-2235-8809, v. 1